# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Teledyne Brown Engineering, Inc. ) | ASBCA No. 58636 |
| ) | |
| Under Contract No. W911SR-04-D-0011 ) | |

APPEARANCES FOR THE APPELLANT:   William R. Lunsford, Esq.
Jon D. Levin, Esq.
Matthew B. Reeves, Esq.
Gary L. Rigney, Esq.
  Maynard, Cooper & Gale, P.C.
  Huntsville, AL

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
CPT Ahsan M. Nasar, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  14 November 2014

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58636, Appeal of Teledyne Brown Engineering, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals